LACHERYE WYNETTE WILLIAMS
MICHAEL JEROME MCNEIL
25 LAKEWOOD DR.
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

BEST EGG
ATTN: BANKRUPCTY
PO BOX 42912
PHILADELPHIA, PA 19101

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
PKWY
RICHMAN, VA 23238

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MACY'S/ DSNB
ATTN: BANKRUPTCY
9111 DUKE BOULEVARD
MASON, OH 45040

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051

PLUSFINANCE/CWS
ATTN: BANKRUPTCY
P.O. BOX 653065
DALLAS, TX 75265

PROSPER FUNDING LLC
ATTN: BANKRUPTCY
221 MAIN ST STE 300
SAN FRANCISCO, CA 94105

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

SANTANDER BANK
P.O. BOX 961245
FORT WORTH, TX 76161

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732